**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Rosemary Connelly, Respondent,

v.

Winsor Custom Homes, LLC, Petitioner.

Appellate Case No. 2019-002046

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Charleston County
J.C. Nicholson, Jr., Circuit Court Judge

---

Opinion No. 2021-MO-002
Heard February 2, 2021 – Filed March 10, 2021

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Stephen Lynwood Brown and Russell Grainger Hines, both of Young Clement Rivers, LLP, of Charleston, for Petitioner.

John A. Massalon and Christy Ford Allen, both of Wills Massalon & Allen LLC, of Charleston, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Connelly v. Winsor Custom Homes, LLC*, Op. No. 2019-UP-287 (S.C. Ct. App. filed Aug. 7, 2019). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, AND JAMES, JJ., concur.**